**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **ROSE S. ANDRADE,** | ) | NO. EDCV 07-00174-MAN |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **JUDGMENT** |
| **v.** | ) | |
| | ) | |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of the**<br>**Social Security Administration,** | )<br>)<br>) | |
| | ) | |
| **Defendant.** | ) | |
| ——————————————————— | ) | |

Pursuant to the Court's Memorandum Opinion and Order,

It IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, judgment is entered in favor of Plaintiff, the matter is remanded for the immediate calculation and payment of benefits to Plaintiff in accordance with the Memorandum Opinion and Order filed concurrently herewith, and this case is dismissed with prejudice.

DATED: September 10, 2008

                                         /s/
                              ———————————————————————
                              MARGARET A. NAGLE
                        UNITED STATES MAGISTRATE JUDGE